UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOYAH DESERTHAWK KIDWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>JASON COLLINS, et al.,<br><br>        Defendants. | No. 2:22-cv-0738 AC P<br><br>ORDER |

By order filed May 3, 2022, the court found that the conduct alleged to have violated plaintiff's rights occurred almost exclusively in Kings County and that any potentially cognizable claims were likely to lie against defendants located within Kings County, which is part of the Fresno Division of this court. ECF No. 4. The parties were therefore ordered to show cause why this case should not be transferred to the United States District Court for the Eastern District of California sitting in Fresno. Id. Defendants have filed a notice consenting to the transfer, ECF No. 5, and plaintiff has not responded. Because defendants have consented to the transfer and plaintiff has not shown cause why this case should not be transferred, this action will be transferred to the Fresno Division of this court.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: June 10, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE