UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOYAH DESERTHAWK KIDWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JASON COLLINS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00709-JLT-BAK (BAM) (PC)<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST TO PROCEED ON ORIGINAL COMPLAINT**<br><br>(Doc. 13) |

　　　　Plaintiff Sequoyah Deserthawk Kidwell is proceeding *pro se* in this civil rights action.

　　　　On July 8, 2022, Plaintiff filed "Plaintiff's Request to go with Original Complaint, and Consent to go Forward with Case." (Doc. 13.) Plaintiff indicates that he "has a lot on his plate" and does not wish to file an amended complaint. (*Id.*)

　　　　Because Plaintiff wishes to stand on his original complaint, that complaint will be screened pursuant to 28 U.S.C. §1915A. There are hundreds of *pro se* prisoner complaints pending screening in this Court. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

　　　Dated:   **July 11, 2022**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE