UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SEQUOYAH DESERTHAWK KIDWELL,

Plaintiff,

v.

JASON COLLINS, et al.,

Defendants.

Case No.: 1:22-cv-00709-JLT-BAK (BAM) (PC)

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO REMAND**

**(Doc. 11)**

Sequoyah Deserthawk Kidwell is proceeding *pro se* in this civil rights action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion to remand as construed following the filing of Plaintiff's letter dated June 21, 2022. (Doc. 11.) The Court granted Plaintiff 14 days within which to file objections. (*Id*. at 11.) More than 14 days have passed, and Plaintiff has not filed objections.[1]

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations

[1] Plaintiff filed "Plaintiff's Request To Go With Original Complaint, And Consent To Go Forward With Case" on July 8, 2022. (*See* Doc. 13.)

to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on June 27, 2022 (Doc. 11) are ADOPTED in full.

2. Plaintiff's motion to remand the action to state court (Doc. 8) is DENIED.

3. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 25, 2022**

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE