UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOYAH DESERTHAWK KIDWELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON COLLINS, et al.,<br><br>　　　　　　　Defendants. | Case No.: 1:22-cv-00709-JLT-CDB (PC)<br><br>**ORDER DIRECTING DEFENDANT HENRY AGUNA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT WITHIN TWENTY-ONE (21) DAYS** |

　　　Plaintiff Sequoyah Deserthawk Kidwell, *also known as* Jason Scott Harper, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, following removal from the Sacramento County Superior Court by Defendants on April 29, 2022.  Following screening of Plaintiff's first amended complaint (Doc. 26), this action proceeds only against Defendant Henry Aguna for retaliation in violation of the First Amendment (Doc. 29).

　　　Accordingly, **IT IS HEREBY ORDERED** that Defendant Aguna **SHALL** file a responsive pleading no later than **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

　Dated:　__December 5, 2023__　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE