# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOYAH DESERTHAWK KIDWELL,<br><br>                Plaintiff,<br><br>   v.<br><br>JASON COLLINS, et al.,<br><br>                Defendants. | Case No.: 1:22-cv-00709-JLT-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS ACTION<br><br>(Doc. 36) |

      Plaintiff Sequoyah Deserthawk Kidwell, *also known as* Jason Scott Harper, seeks to hold the defendant liable for civil rights violations pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      The magistrate judge issued Findings and Recommendations, recommending that Plaintiff's unopposed motion to voluntarily dismiss this action be granted and that the case be dismissed in its entirety without prejudice. (Doc. 36.) The Court served the Findings and Recommendations on the Plaintiff and notified him that any objections were due within 14 days. (*Id*. at 3.) The Court advised him that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*. at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) To date, no

objections have been filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued January 18, 2024 (Doc. 36) are **ADOPTED** in full.
2. This matter is **DISMISSED** without prejudice.
3. The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:   **February 7, 2024**

UNITED STATES DISTRICT JUDGE

2